VENABLE LLP
Ryan M. Andrews (SBN 274106
  rmandrews@venable.com
Rudolph G. Klapper (SBN 300721)
  rgklapper@venable.com
Ashley Song (SBN 327688)
  asong@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901

Attorneys for Defendant
The Trade Desk, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WAGNER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRADE DESK, INC., a foreign corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant. | Case No.<br><br>*[Previously Cal. Super. Ct. (Los Angeles) Case No 25STCV18789. Assigned to Hon. Rupert A. Byrdsong, Dept. 28]*<br><br>**DECLARATION OF ASHLEY SONG IN SUPPORT OF DEFENDANT THE TRADE DESK, INC.'S NOTICE OF REMOVAL**<br><br>*[Filed concurrently with Notice of Removal; Certificate of Interested Parties and Corporate Disclosures; and Civil Cover Sheet]*<br><br>Action Filed: June 27, 2025<br>Trial Date:　None Set |

# DECLARATION OF ASHLEY SONG

I, Ashley Song, hereby declare and state as follows:

1. I am an attorney duly admitted and licensed to practice law before the State of California and the U.S. District Court for the Central District of California. I am an attorney at the law firm of Venable LLP, attorneys for Defendant The Trade Desk, Inc. ("Defendant" or "Trade Desk") in this matter. I make this Declaration in support of the Notice and Petition for Removal by Trade Desk. The matters set forth herein are within my personal knowledge, except as otherwise stated, and if called as a witness, I could and would testify thereto.

2. On June 27, 2025, Plaintiff James Wagner ("Plaintiff") commenced this action against his employer by filing a complaint (the "Complaint") in the Los Angeles County Superior Court entitled *James Wagner v. The Trade Desk, Inc.; and DOES 1-10, inclusive,* Case Number 25STCV18789 (the "State Court Action"). The Complaint alleges the following eight causes of action: (1) retaliation (Cal. Lab. Code § 1102.5); (2) wrongful termination in violation of public policy; (3) failure to pay wages; (4) unfair competition; (5) waiting time penalties; (6) unjust enrichment/quasi contract/restitution/quantum meruit; (7) conversion; (8) breach of the covenant of good faith and fair dealing. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

3. Defendant was served with the Summons and Complaint on July 1, 2025. A true and correct copy of the proof of service is attached hereto as **Exhibit 7**.

4. To the best of my knowledge, none of Defendants DOES 1 to 10 have been identified and there is no record that any Doe defendants have been served with the Summons or the Complaint in the State Court Action.

5. On July 30, 2025, Trade Desk filed an Answer to Plaintiff's Complaint. A true and correct copy of the filed Answer with proof of filing is attached hereto as **Exhibit 8**.

6. The following are documents constituting all processes, pleadings and

orders served upon or filed by Trade Desk in this Action: (1) Complaint, (2) Summons (on Complaint), (3) Civil Case Cover Sheet, (4) Notice of Case Assignment – Unlimited Civil Case, (5) Alternative Dispute Resolution Packet, (6) Notice of Case Management Conference, (7) Proof of Personal Service, (8) Trade Desk's Answer to Plaintiff's Complaint; and (9) Trade Desk's Preemptory Challenge to Judicial Officer.  True and correct copies of each of these documents are attached hereto as **Exhibits 1-9,** respectively, to the Petition for Removal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 30, 2025.

_____
Ashley Song

2
DECLARATION OF ASHLEY SONG IN SUPPORT OF DEFENDANT THE TRADE DESK, INC.'S NOTICE OF REMOVAL