UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-07027-ODW (BFMx) | Date | October 14, 2025 |
|---|---|---|---|
| Title | *James Wagner v. The Trade Desk, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**           **In Chambers**

Pursuant to the parties' Joint Stipulation for Voluntary Dismissal, (ECF No. 16), and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. In light of the parties' Voluntary Dismissal of the action, Plaintiff James Wagner's Motion to Remand, (ECF No. 12), is **DENIED AS MOOT**.

3. All dates and deadlines in this action are **VACATED** and taken off calendar; and

4. The parties shall bear their own costs and attorneys' fees.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                              :    00

                                                        Initials of Preparer    SE